Nelson Merrill, Respondent, v. Farmers' Loan and Trust Company, Appellant. — Judgment

and order reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.